**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Verano Recovery, LLC, a California limited liability company** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 37-1707334 | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **690 East Green Street Suite 200 Pasadena, CA 91101** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Los Angeles** County | **Location of principal assets, if different from principal place of business** **Vacant Land as described on Tract Map 28639 - Landua Blvd & Verona Road Cathedral City, CA** Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Verano Recovery, LLC, a California limited liability company** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as described in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

     1521

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor    **Verano Recovery, LLC, a California limited liability company**                    Case number (*if known*) _____
      Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____      Relationship _____

District _____ When _____ Case number, if known _____

**11.** **Why is the case filed in *this district*?**

Check all that apply:

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

                       Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

            Contact name _____

            Phone _____

---

    **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| Debtor | **Verano Recovery, LLC, a California limited liability company** | Case number (*if known*) |
|--------|--------------------------------------------------------------|--------------------------|
|        | Name                                                         |                          |

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☑ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Verano Recovery, LLC, a California limited liability company** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   May 19, 2021
        MM / DD / YYYY

X /s/ Jim Ahmad                                      Jim Ahmad
Signature of authorized representative of debtor      Printed name

Title   **President of its Manager, Inland Communities Corp.**

---

**18. Signature of attorney**

X /s/ Marc C. Forsythe                           Date   May 19, 2021
Signature of attorney for debtor                        MM / DD / YYYY

Marc C. Forsythe 153854
Printed name

**GOE FORSYTHE & HODGES LLP**
Firm name

**18101 Von Karman Avenue**
**Suite 1200**
**Irvine, CA 92612-7127**
Number, Street, City, State & ZIP Code

Contact phone   **(949) 798-2460**      Email address   **mforsythe@goeforlaw.com**

**153854 CA**
Bar number and State

**United States Bankruptcy Court**
**Central District of California**

In re Verano Recovery, LLC a California limited liability company

Debtor(s)

Case No.

Chapter    11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, , declare under penalty of perjury that I am the **President of Inland Communities Corp., the Manager of Verano Recovery LLC**, and that the following is a true and correct copy of the resolutions adopted by the Members of said Limited Liability Company at a special meeting duly called and held on the  **12th** day of **May, 2021** .

"Whereas, it is in the best interest of this Verano Recovery LLC to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that  Jim Ahmad, President of Inland Communities Corp., the Manager of Verano Recovery LLC, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the LLC; and

Be It Further Resolved, that Jim Ahmad, President of Inland Communities Corp., the Manager of Verano Recovery LLC, is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Jim Ahmad, President of Inland Communities Corp., the Manager of Verano Recovery LLC, is authorized and directed to employ Marc C. Forsythe attorney and the law firm of **GOE FORSYTHE & HODGES LLP** to represent the LLC in such bankruptcy case."

Verano Recovery, LLC
By: Inland Communities Corp,
Its; Manager

Dated: May 19, 2021

By Jim Ahmad, President

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Verano Recovery, LLC, a California limited liability company |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Aguilar Consulting Inc. 2155 Chicago Avenue Suite 304 Riverside, CA 92507 | Ceazar Aguilar P.E. caguilar@aguilarconsultinginc.com (951) 300-1431 | Civil Engineering for City Acccess Road off of Date Palm | Contingent | | | $1,200.00 |
| Cathedral City Lock & Safe P.O. Box 10325 Palm Desert, CA 92255 | Sal cclockandsafe@verizon.net (760) 340-1555 | Locksmith | | | | $100.00 |
| Cline Carroll & Bartell LLP 9190 Irvine Center Drive Irvine, CA 92618 | Renee Bartell renee@ccbcpas.com (949) 450-0555 | Accounting/Audit services | Contingent | | | $12,000.00 |
| Corbett, Steelman & Spector, APC 18200 Von Karman Avenue Suite 825 Irvine, CA 92612-7148 | Bruce R. Corbett brcorbett@corbsteel.com (949) 553-9266/ext 244 | Attorney Services | Contingent | | | $4,752.10 |
| Development Planning & Financing Gr 27127 Calle Arroyo Suite 1910 San Juan Capistrano, CA 92675 | Chris Cole chris.col@dpfg.com (949) 218-6020 | Consulting and Financing | | | | $100.00 |
| MTY Consulting Inc. 7268 Miracle Mile Riverside, CA 92506 | Mohamad Younes Mohamad.y@inlandcorp.com (951) 300-8268 | Project Management & Engineering coordination | Contingent | | | $3,500.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor  **Verano Recovery, LLC, a California limited liability company**                    Case number *(if known)* _____

      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Rio Vista Village Community Asssoci 42635 Melanie Place Suite 103 Palm Desert, CA 92211 | Brandi Wilson bwilson@drminternet.com 760-346-1161 | Landscaping for Basin 284 & 285 | Contingent | | | $5,000.00 |
| Valley Lock & Safe 68-100 Ramon Rd., C-11 Cathedral City, CA 92234 | Craig Randal Smothers (760) 321-5397 | Locksmith | | | | $410.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Verano Recovery, LLC, a California limited liability comp
690 East Green Street
Suite 200
Pasadena, CA 91101


Marc C. Forsythe
GOE FORSYTHE & HODGES LLP
18101 Von Karman Avenue
Suite 1200
Irvine, CA 92612-7127


Aguilar Consulting Inc.
2155 Chicago Avenue
Suite 304
Riverside, CA 92507


Cathedral City Lock & Safe
P.O. Box 10325
Palm Desert, CA 92255


City of Cathedral City, California
68700 Avenida Lalo Guerrero
Cathedral City, CA 92234


City of Cathedral City, California
Code Enforcement
68700 Avenida Lalo Guerrero
Cathedral City, CA 92234


Cline Carroll & Bartell LLP
9190 Irvine Center Drive
Irvine, CA 92618


Corbett, Steelman & Spector, APC
18200 Von Karman Avenue
Suite 825
Irvine, CA 92612-7148

Development Planning & Financing Gr
27127 Calle Arroyo
Suite 1910
San Juan Capistrano, CA 92675

Employment Development Department
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

Eric S. Vail, City Attorney
Martin Kosla
1600 Iowa Ave., Suite 250
Riverside, CA 92507

Franchise Tax Board Bankruptcy
Section MS: A-30
P.O. Box 2952
Sacramento, CA 95812-2952

Inland Communities Corp
690 E Green Street
Suite 200
Pasadena, CA 91101

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Kookie-Nana Partnership, LTD
7536 Lolina Lane
Los Angeles, CA 90046

Los Angeles County Tax Collector
P.O. Box 54110
Los Angeles, CA 90054-0110

MTY Consulting Inc.
7268 Miracle Mile
Riverside, CA 92506


Rio Vista Village Community Asssoci
42635 Melanie Place
Suite 103
Palm Desert, CA 92211


Riverside County Tax Collector
4080 Lemon Street 4th Floor
PO Box 12005
Riverside, CA 92502-2205


Robott Land High Yield 1, LLC
350 S. Reeves Drive
Suite 101
Beverly Hills, CA 90212


State Board of Equalization
Account Information Group, MIC: 29
P.O. Box 942879
Sacramento, CA 94279-0029


U.S. Small Business Administration
Office of General Counsel
312 North Spring Street, 5th Floor
Los Angeles, CA 90012


Valley Lock & Safe
68-100 Ramon Rd., C-11
Cathedral City, CA 92234

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Marc C. Forsythe 153854<br>18101 Von Karman Avenue<br>Suite 1200<br>Irvine, CA 92612-7127<br>(949) 798-2460 Fax: (949) 955-9437<br>California State Bar Number: 153854 CA<br>mforsythe@goeforlaw.com | |

☒ *Attorney for:* **Verano Recovery LLc**

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Verano Recovery LLC**<br><br>Debtor(s), | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    **11** |
|---|---|
| Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO    FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    __Jim Ahmad_____ , the undersigned in the above-captioned case, hereby declare
        *(Print Name ~~of Attorney~~ or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                        **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.        I have personal knowledge of the matters set forth in this Statement because:
        ☒ I am the president or other officer or an authorized agent of the Debtor corporation
        ☐ I am a party to an adversary proceeding
        ☐ I am a party to a contested matter
        ☐ I am the attorney for the Debtor corporation

2.a.   ☒ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any
        class of the corporation's(s') equity interests:
        See Addendum

b.     ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_May 19, 2021_
Date

By: _____
Signature of Debtor, or attorney for Debtor

Name:  **Jim Ahmad**
       Printed name of Debtor, or attorney for
       Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012

**F 1007-4.CORP.OWNERSHIP.STMT**

## Addendum to Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

Inland Communities Corp
690 E Green Street
Suite 200
Pasadena, CA 91101

Kookie-Nana Partnership, LTD
7536 Lolina Lane
Los Angeles, CA 90046

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                    F 1007-4.CORP.OWNERSHIP.STMT