Marc C. Forsythe – State Bar No. 153854
Charity J. Manee – State Bar No. 286481
**GOE FORSYTHE & HODGES LLP**
18101 Von Karman Ave., Ste. 1200
Irvine, California 92612
mforsythe@goeforlaw.com
cmanee@goeforlaw.com

Telephone:  (949) 798-2460
Facsimile:   (949) 955-9437

*Proposed* Attorneys for Debtor: Verano Recovery LLC

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES

| In re.:<br><br>**VERANO RECOVERY LLC,**<br>a California limited liability company,<br><br><br><br>Debtor. | **CASE NO: 2:21-bk-14127-BB**<br><br>CHAPTER 11<br><br>**MOTION TO EXTEND TIME TO FILE LISTS, SCHEDULES, STATEMENTS AND OTHER DOCUMENTS WITHOUT HEARING; AND DECLARATION OF MARC C. FORSYTHE IN SUPPORT THEREOF**<br><br>[No hearing required.  Local Bankruptcy Rule 9013-1(p)] |
|---|---|

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE THAT:** Verano Recovery LLC, a California limited liability company, requests that the court grant its Motion to the Extend Time to File Schedules, Statement of Financial Affairs and Other Required Documents (the "Schedules") required by the Code and/or the Notice of Commencement Deficiency dated May 19, 2021 (the "Deficiency Notice") [Docket No. 6] for two weeks to *June 16, 2021* (the "Motion") without hearing as provided in Local Bankruptcy Rule 9013-1(p).

This Motion is based upon the following legal and factual grounds:

1. Prior to the filing of the bankruptcy, the City of Cathedral City (the "City") established a community facilities district and to levy a special tax in an amount not to

Page 1

exceed $20,000,000 to pay to finance the construction of certain public infrastructure improvements on the Property, which was eventually authorized in February 2000. The special tax became delinquent. During 2017, the City filed a lawsuit in 2017, and the City obtained a judgment against the Debtor and Debtor's lender on August 31, 2018 in the amount of $2,073,719.12.

2. The City scheduled a sheriff's sale of a portion of the Property for May 20, 2021. As a result of the City's action the Debtor filed its *emergency* voluntary petition under Chapter 11 on May 19, 2021.

3. Pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure, the Debtor must file its Schedules, Statement of Financial Affairs and other required documents listed within the Deficiency Notice within 14 days of the filing of the Petition, or no later than June 2, 2021.

4. For the past two weeks, the Debtor has been diligently gathering the information required to complete the Schedules. Debtor has submitted the 7-day package to the United States Trustee and filed the employment application for its general counsel.

5. Debtor has been unable to gather all the necessary documentation within the 14 days provided by the Code, but Debtor should be able to gather all the necessary documentation to file accurate paperwork within the next 2 weeks.

6. Debtor has not been able to prepare complete and accurate Schedules within the time prescribed. Accordingly based upon the above, Debtor requests an additional 2 weeks, through and including June 16, 2021, to file its Schedules.

7. Debtor is very aware of the importance of the Schedules and other documents and the fact that the Schedules must be complete and accurate. Unfortunately, for the reasons set forth above, preparation of complete and accurate Schedules within the required time period has not been possible. Debtor believes that complete and accurate Schedules can be filed on or before June 16, 2021.

See Declaration of Marc C. Forsythe, ¶ 1- 8, attached hereto and incorporated herein by this reference.

1     WHEREFORE, based upon the foregoing, Debtor respectfully requests that the Court enter its Order extending the time for filing of Debtor's Schedules to and including , June 16, 2021, to file its Schedules and other deficiency documents.

**GOE FORSYTHE & HODGES LLP**

Dated: May 27, 2021      By: /s/ Marc C. Forsythe
    Marc C. Forsythe,
    *Proposed* attorneys for
    Verano Recovery LLC

**DECLARATION OF MARC C. FORSYTHE**

I, Marc C. Forsythe, declare as follows:

1. I am an attorney licensed and admitted to practice before all courts of the State of California and before this United States Bankruptcy Court. I am a partner in the law firm of Goe Forsythe & Hodges LLP, attorneys for Verano Recovery LLC, a California limited liability company (the "Debtor"). I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, I could and would testify competently thereto.

2. Prior to the filing of the bankruptcy, the City of Cathedral City (the "City") established a community facilities district and to levy a special tax in an amount not to exceed $20,000,000 to pay to finance the construction of certain public infrastructure improvements on the Property, which was eventually authorized in February 2000. The special tax became delinquent. During 2017, the City filed a lawsuit in 2017, and the City obtained a judgment against the Debtor and Debtor's lender on August 31, 2018 in the amount of $2,073,719.12.

3. The City scheduled a sheriff's sale of a portion of the Property for May 20, 2021. As a result of the City's action the Debtor filed its *emergency* voluntary petition under Chapter 11 on May 19, 2021.

4. Pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure, the Debtor must file its Lists, Summary of Schedules, Schedules A/B, D, E/F, H, Declarations Statements and other required documents listed within the Deficiency Notice [Docket No. 6] (the "Schedules") within 14 days of the filing of the Petition, or no later than June 2, 2021.

5. For the past two weeks, the Debtor has been diligently gathering the information required to complete the Schedules and related documents. Debtor has submitted the 7-day package to the United States Trustee and filed the employment application for its general counsel.

6.      Debtor has been unable to gather all the necessary documentation within the 14 days provided by the Code, but Debtor should be able to gather all the necessary documentation to file accurate paperwork within the next 2 weeks.

7.      Debtor has not been able to prepare complete and accurate Schedules within the time prescribed.  Accordingly based upon the above, Debtor requests an additional three weeks, to and including June 16, 2021, to file its Schedules and other deficiency documents.

8.      Debtor is very aware of the importance of the Schedules and other documents and the fact that the Schedules and all related documents must be complete and accurate.  Unfortunately, for the reasons set forth above, preparation of complete and accurate Schedules and other documents within the required time period has not been possible.  Debtor believes that complete and accurate Schedules can be filed on or before June 16, 2021.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  This Declaration was executed on this 27th day of May 2021 at Irvine, California.

Dated: May 27, 2021                                By:    /s/ Marc C. Forsythe
                                                                     Marc C. Forsythe, declarant

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**18101 Von Karman Avenue, Suite 1200, Irvine, California 92612.**

A true and correct copy of the foregoing document entitled (*specify*): **MOTION TO EXTEND TIME TO FILE LISTS, SCHEDULES, STATEMENTS AND OTHER DOCUMENTS WITHOUT HEARING; AND DECLARATION OF MARC C. FORSYTHE IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **5/27/2021,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **5/27/2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **5/27/2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **May 27, 2021** | **Arthur E. Johnston** | **/s/ Arthur E. Johnston** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                               **F 9013-3.1.PROOF.SERVICE**

In re.                             Case No
                                   Chapter 11 Case

1. <u>TO BE SERVED BY THE COURT VIA NOTICEOF ELECTRONIC FILING (NEF)</u>:

- **Eryk R Escobar**   eryk.r.escobar@usdoj.gov
- **Marc C Forsythe**   kmurphy@goeforlaw.com, mforsythe@goeforlaw.com;goeforecf@gmail.com
- **Martin Kosla**   mkosla@bwslaw.com, mfrost@bwslaw.com
- **Timothy J Silverman**   tsilverman@scheerlawgroup.com, tsilverman1@ecf.courtdrive.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov

2. <u>SERVED BY UNITED STATES MAIL:</u>

**In re Verano Recovery LLC**
**USBC Case No. 2:21-bk-14127-BB**

**Debtor**
Verano Recovery LLC
690 East Green Street
Suite 200
Pasadena, CA 91101

**United States Trustee**
United States Trustee
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

**CREDITORS**

Aguilar Consulting Inc.
2155 Chicago Avenue
Suite 304
Riverside, CA 92507-2209

Aguilar Consulting Inc.
2155 Chicago Avenue
Suite 304
Riverside, CA 92507-2209

Cathedral City Lock & Safe
P.O. Box 10325
Palm Desert, CA 92255-032

City of Cathedral City, California
68700 Avenida Lalo Guerrero
Cathedral City, CA 92234-1208

City of Cathedral City, California
Code Enforcement
68700 Avenida Lalo Guerrero
Cathedral City, CA 92234-1208

Cline Carroll & Bartell LLP
9190 Irvine Center Drive
Irvine, CA 92618-4659

Corbett, Steelman & Spector, APC
18200 Von Karman Avenue
Suite 825|Irvine, CA 92612-7148

Development Planning & Financing Gr
27127 Calle Arroyo
Suite 1910
San Juan Capistrano, CA 92675-2765

Employment Development Department
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

| | | |
|---|---|---|
| Eric S. Vail, City Attorney<br>Martin Kosla<br>1600 Iowa Ave., Suite 250<br>Riverside, CA 92507-7426 | Franchise Tax Board Bankruptcy<br>Section MS: A-30<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Inland Communities Corp<br>690 E Green Street<br>Suite 200<br>Pasadena, CA 91101-2197 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Kookie-Nana Partnership, LTD<br>7536 Lolina Lane<br>Los Angeles, CA 90046-1237 | Los Angeles County Treasurer And Tax Collector<br>Attn Bankruptcy Unit<br>PO Box 54110<br>Los Angeles CA 90054-0110 |
| MTY Consulting Inc.<br>7268 Miracle Mile<br>Riverside, CA 92506-7599 | Rio Vista Village Community Assoc<br>42635 Melanie Place<br>Suite 103<br>Palm Desert, CA 92211-9113 | Riverside County Tax Collector<br>4080 Lemon Street 4th Floor<br>PO Box 12005<br>Riverside, CA 92502-2205 |
| Robott Land High Yield 1, LLC<br>350 S. Reeves Drive<br>Suite 101<br>Beverly Hills, CA 90212-4547 | State Board of Equalization<br>Account Information Group, MIC: 29<br>P.O. Box 942879<br>Sacramento, CA 94279-0029 | U.S. Small Business Administration<br>Office of General Counsel<br>312 North Spring Street, 5th Floor<br>Los Angeles, CA 90012-2678 |
| Valley Lock & Safe<br>68-100 Ramon Rd., C-11<br>Cathedral City, CA 92234-3390 | | |